**JEFFREY B. SETNESS, ESQ.**
**Nevada State Bar No. 2820**
**FABIAN VANCOTT**
**601 South Tenth Street, Suite 204**
**Las Vegas, Nevada 89101**
**Telephone:     (702) 930-5728**
**Facsimile:     (877) 898-1168**
**E-mail:          jsetness@fabianvancott.com**

*Attorneys for Darlene Taylor McCord*

**ROBERT M. McCALLUM, ESQ.**
**Washington State Bar No. 16373**
**Admitted *Pro Hac Vice***
**LeSOURD & PATTEN, P.S.**
**600 University Street, Suite 2401**
**Seattle, Washington 98101**
**Telephone:     (206) 357-5086**
**Facsimile:     (206) 223-1099**
**E-mail:          rmccallum@lesourd.com**

*Attorneys for James Bert McCord*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:13-CR-354-JCM-PAL** |
| **Plaintiff,** | **DEFENDANT DARLENE McCORD & JAMES McCORD'S JOINT MOTION FOR LEAVE TO FILE A SUR-REPLY TO GOVERNMENT'S REPLY FILED ON NOVEMBER 27, 2017 (DOC. NO. 93)** |
| vs. | |
| **DARLENE TAYLOR McCORD, and JAMES BERT McCORD** | |
| **Defendant.** | |

COME NOW defendant DARLENE TAYLOR McCORD, by and through her

counsel Jeffrey B. Setness of the law firm of Fabian VanCott, and JAMES BERT

McCORD, by and through his counsel Robert M. McCallum of the law firm of LeSourd &

Patten P.S., and hereby move this Court for leave to file a sur-reply to Government's

Reply filed on November 27, 2017 (Doc. No. 93) because the multitude of issues raised by

the government in their reply should be addressed in writing by the defendants so that the

Court can be fully apprised in advance of the hearing which is scheduled for January 29,

2018.

**DATED this 4th day of December 2017.**     **FABIAN VANCOTT**

By:   */s/ Jeffrey B. Setness*
**JEFFREY B. SETNESS, ESQ.**
*Attorneys for Darlene Taylor McCord*

**LeSOURD & PATTEN P.S.**

By:   */s/ Robert M. McCallum*
**ROBERT M. McCALLUM, ESQ.**
*Attorneys for James Bert McCord*

## ORDER

BASED UPON THE FOREGOING AND GOOD CAUSE APPEARING, IT IS

ORDERED that the defendants must file their Sur-Reply to Government's Reply Filed on

November 27, 2017 (Doc. No. 93) by December 19, 2017.

**DATED** December 6, 2017.

**JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| 1 | <div align="center">**CERTIFICATE OF SERVICE**</div> |
| 2 | In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and |
| 3 | Rule 47-11 of the Local Rules of Practice of the United States District Court for the |
| 4 | District of Nevada, I certify that I am an employee of FABIAN VANCOTT and that on |
| 5 | this 4th day of December 2017, I did cause a true copy of: |
| 6 | **DEFENDANT DARLENE McCORD & JAMES MCCORD'S JOINT MOTION** |
| 7 | **FOR LEAVE TO FILE A SUR-REPLY TO GOVERNMENT'S REPLY FILED ON NOVEMBER 27, 2017 (DOC. NO. 93)** |
| 8 | to be served via electronic service by the U.S. District Court CM/ECF system to the |
| 9 | parties on the Electronic Filing System in this action. |
| 10 | |
| 11 | By: _/s/ Sara M. Adams_ |
| | An employee of |
| 12 | FABIAN VANCOTT |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

<div align="center">CERTIFICATE OF SERVICE</div>